SARAH BALABAN, Respondent, v. INEZ R. GRAVES and Others, Defendants, Impleaded with HENRY SHAPIRO and Others, Appellants.— Judgment affirmed,

with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.